**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**AMERICAN LOOSE LEAF CORPORATION, Respondent.**

No. 295, Docket 23957.

United States Court of Appeals Second Circuit.

Argued April 4, 1956.

Decided April 16, 1956.

Theophil C. Kammholz, Gen. Counsel, David P. Findling, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Frederick U. Reel, John Francis Lawless, Washington, D. C., for petitioner.

Jacob E. Hurwitz, New York City, for respondent.

Before FRANK, MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

The Decision and Order of the Board are reported in 113 N.L.R.B. No. 49, which state the facts and correctly disposed of respondent's contentions. See also N. L. R. B. v. American Steel Buck Corp., 2 Cir., 227 F.2d 927.

Enforcement granted.

**AMERICAN EASTERN CORPORATION, Libelant-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 270, Docket 23921.

United States Court of Appeals Second Circuit.

Argued March 8, 1956.

Decided April 19, 1956.

Writ of Certiorari Denied June 11, 1956.

See 76 S.Ct. 1050.

J. Franklin Fort, Washington, D. C. (Haight, Gardner, Poor & Havens, New York City, and Kominers & Fort, John Cunningham, and Israel Convisser, Washington, D. C., on the brief), for libelant-appellant.

Leavenworth Colby, Chief, Admiralty & Shipping Section, Dept. of Justice, Washington, D. C. (Warren E. Burger, Asst. Atty. Gen., Civil Division, Dept. of Justice, Washington, D. C., Benjamin H. Berman, Atty., Admiralty & Shipping Section, Dept. of Justice, New York City, and Paul W. Williams, U. S. Atty. for Southern Dist. of New York, New York City, on the brief), for respondent-appellee.

Before CLARK, Chief Judge, MEDINA, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

The decision of Judge Walsh, D.C. S.D.N.Y., 133 F.Supp. 11, is affirmed. Archawski v. Hanioti, 350 U.S. 532, 76 S.Ct. 617; Sword Line, Inc. v. United States, 2 Cir., 230 F.2d 75.